UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMP SCANDINAVIA AB, PETER
ALLARD HOLDING AB, and LIGHT
WEIGHT SUPPORT AB,

        Plaintiffs/Counter-Defendants,

v.

TRULIFE, INC., and TRULIFE, LTD.,

        Defendants/Counter-Plaintiffs.
        _____/

Case No. 07-14925

Honorable John Corbett O'Meara

**ORDER DENYING PLAINTIFFS' NOVEMBER 25, 2009**
**MOTION FOR RECONSIDERATION AND DENYING WITHOUT PREJUDICE**
**PLAINTIFF'S REQUEST TO EXCLUDE EVIDENCE**

This matter came before the court on Plaintiffs' November 25, 2009 motion for reconsideration of the court's November 13, 2009 order denying in part Plaintiffs' motion for summary judgment of infringement and no invalidity for anticipation.  In the alternative, Plaintiffs seek a ruling that the court exclude Defendants' alleged "revised claim construction arguments."  Plaintiffs' mot. at 1. Defendants filed a response December 8, 2009.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication.  The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case Plaintiffs' motion for reconsideration presents the same issues ruled upon by the court and fails to demonstrate a palpable defect by which the court and the parties have been misled.

## ORDER

It is hereby **ORDERED** that Plaintiffs' November 25, 2009 motion for reconsideration is **DENIED.**

It is further **ORDERED** that Plaintiffs' request to exclude certain evidence *in limine* is **DENIED WITHOUT PREJUDICE.**

        s/John Corbett O'Meara
        United States District Judge

Date: January 15, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 15, 2010, using the ECF system and/or ordinary mail.

        s/William Barkholz
        Case Manager